FILED ✓    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 0 6 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ _TKW_ DEPUTY

1 | JASON M. FRIERSON
United States Attorney
2 | Nevada Bar No. 7709
JEAN N. RIPLEY
3 | Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
4 | Las Vegas, Nevada 89101
Tel: (702) 388-6336
5 | Jean.Ripley@usdoj.gov
*Attorneys for the United States*

6

7 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

9 | IN THE MATTER OF THE
APPLICATION OF THE UNITED
10 | STATES OF AMERICA FOR AN
ORDER AUTHORIZING THE
11 | INSTALLATION AND USE OF A
PEN REGISTER, TRAP AND
12 | TRACE DEVICE AND CALLER
IDENTIFICATION SERVICE, AND
13 | AUTHORIZING RELEASE OF
SUBSCRIBER INFORMATION,
14 | CELL SITE INFORMATION AND
FOR A GPS TRACKING WARRANT
15 | ON CELLULAR TELEPHONE
NUMBER **(725) 577-1347**

Case No. 2:22-mj-00649-BNW

GOVERNMENT'S MOTION TO
UNSEAL CASE

16

17 | IN RE APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN ORDER
18 | AUTHORIZING THE INSTALLATION
AND USE OF PEN REGISTER AND TRAP
19 | AND TRACE DEVICE ON CELLULAR
TELEPHONE NUMBER **831-266-7343**

Case No. 2:22-mj-00731-BNW

GOVERNMENT'S    MOTION    TO
UNSEAL CASE

20

21

22

23

24

1

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ON CELLULAR TELEPHONE NUMBER **(725) 250-1903** | Case No. 2:22-mj-00733-BNW<br><br>GOVERNMENT'S   MOTION   TO UNSEAL CASE |
| IN THE MATTER OF THE SEARCH OF PROPERTY DESCRIBED AS A SMALL, BLACK "PEN + GEAR" SAFE, SEIZED FROM ALEX VAZQUEZ | Case No. 2:22-mj-00818-BNW<br><br>GOVERNMENT'S   MOTION   TO UNSEAL CASE |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 225-5878** | Case No. 2:22-mj-00821-BNW<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE |

The United States of America, by and through JASON M. FRIERSON, United States Attorney, and JEAN N. RIPLEY, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases.

1   Specifically, the undersigned requests to unseal these items and all related documents in

2   anticipation of producing the same as discovery to counsel for the defendants in United

3   States v. Barajas, et al., 2:22-cr-00255-CDS-EJY.

4

5   **DATED** this 6th day of December, 2022.

6                                  Respectfully,

7                                  JASON M. FRIERSON
                                   United States Attorney
8

9                                  _____
                                   JEAN N. RIPLEY
10                                 Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

                                        3

1    JASON M. FRIERSON
       United States Attorney
2    Nevada Bar No.  7709
       JEAN N. RIPLEY
3    Assistant United States Attorney
       501 Las Vegas Boulevard South, Suite 1100
4    Las Vegas, Nevada 89101
       Tel: (702) 388-6336
5    Jean.Ripley@usdoj.gov
       *Attorneys for the United States*

6

7                **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**

8

| | |
|---|---|
| 9   IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 577-1347** | Case No. 2:22-mj-00649-BNW<br><br>ORDER |
| 17   IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ON CELLULAR TELEPHONE NUMBER  831-266-7343 | Case No. 2:22-mj-00731-BNW<br><br>ORDER |

4

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ON CELLULAR TELEPHONE NUMBER **(725) 250-1903** | Case No. 2:22-mj-00733-BNW<br><br>ORDER |
| IN THE MATTER OF THE SEARCH OF PROPERTY DESCRIBED AS A SMALL, BLACK "PEN + GEAR" SAFE, SEIZED FROM ALEX VAZQUEZ | Case No. 2:22-mj-00818-BNW<br><br>ORDER |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 225-5878** | Case No. 2:22-mj-00821-BNW<br><br>ORDER |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

**DATED** this _7_ day of ___December___, 2022.

HONORABLE JUDGE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

5